UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RONNIE MONEY COLEMAN,<br>                Plaintiff,<br>    v.<br>AARON FORD, *et al.*,<br>                Defendants. | Case No. 3:20-cv-00659-MMD-CLB<br><br>ORDER |

Plaintiff Ronnie Coleman, a *pro se* inmate, previously filed an application to proceed *in forma pauperis* and submitted a civil rights complaint under 42 U.S.C. § 1983. (ECF Nos. 1-1, 4.) The Court screened Coleman's complaint, dismissed the entire complaint, and gave Coleman leave to amend the complaint. (ECF No. 5 at 6.) The Court informed Coleman that, if he did not file an amended complaint within 30 days, the Court would dismiss the entire action with prejudice for failure to state a claim. (*Id.* at 7.)

Coleman now files a motion for voluntary dismissal. (ECF No. 7.) Under Rule 41(a)(1) of the Federal Rule of Civil Procedure, a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). The Court grants Coleman's motion because no responsive pleading has been filed in this case. The Court therefore dismisses this action without prejudice.

It is therefore ordered that Plaintiff Ronnie Coleman's motion for voluntary dismissal (ECF No. 7) is granted.

It is further ordered that Coleman's application to proceed *in forma pauperis* (ECF No. 4) is denied as moot.

///

///

| | |
|---|---|
| 1 | It is further ordered that this action is dismissed in its entirety without prejudice. |
| 2 | The Clerk of Court is directed to enter judgment accordingly and close this case. |
| 3 | DATED THIS 7th Day of July 2021. |

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE